UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ES TRUST,<br><br>Plaintiff,<br><br>-v-<br><br>JAMES M. JENKINS, et al.,<br><br>Defendants. | : | 26cv3685 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On May 4, 2026, plaintiff filed the above-captioned shareholder derivative action on behalf of Lakeland Industries, Inc. ("Lakeland"). On May 6, this Court accepted the matter as related to In re Lakeland Industries Securities Litigation, Case No. 26cv1501, a securities class action against Lakeland. An Order of May 15, 2026 in the securities class action set a schedule, in which any motion to dismiss an amended complaint must be filed on or before August 28, 2026.

On July 6, the parties filed a joint stipulation and proposed order in this shareholder derivative action, seeking to stay the case pending certain activities in the related class action. Accordingly, it is hereby

ORDERED that this derivative action is stayed pending a decision on the anticipated motion to dismiss the class action.

The July 10, 2026 conference is adjourned _sine die_.

Dated: New York, New York
July 7, 2026

DENISE COTE
United States District Judge